## UNITED STATES v. GREGORY KELLY

## SYNOPSIS – COMPLAINT

| | |
|---|---|
| **Name:** | Gregory Kelly |
| **Address:** <br> **(City & State Only)** | Gorham, Maine |
| **Year of Birth and Age:** | 1990 (34 years old) |
| **Violations:** | Count 1:    Transmitting threatening interstate communication. <br> 18 U.S.C. § 875(c). <br><br> Count 2:    Transmitting threatening communication with intent to extort. <br> 18 U.S.C. § 875(b). |
| **Penalties:** | Count 1:    Class D felony. Not more than 5 years imprisonment, and/or not more than a $250,000 fine. <br> 18 U.S.C. § 875(c). <br><br> Count 2:    Class C felony. Not more than 20 years and/or not more than a $250,000 fine. <br> 18 U.S.C. § 875(b). |
| **Supervised Release:** | Counts 1 & 2:    Not more than 3 years. <br> 18 U.S.C. § 3583(b)(2). |
| **Maximum Term of Imprisonment for Violation of Supervised Release:** | Counts 1 & 2:    Not more than 2 years. <br> 18 U.S.C. § 3583(e)(3). |
| **Maximum Additional Term of Supervised Release for Violation of Supervised Release:** | Counts 1 & 2:    Not more than 3 years less term of imprisonment imposed upon revocation. <br> 18 U.S.C. § 3583(h). |
| **Defendant's Attorney:** | TBD |

| | |
|---|---|
| **Primary Investigative Agency and Case Agent Name:** | FBI<br>Task Force Officer Jonathan A. Duquette |
| **Detention Status:** | Warrant to issue. |
| **Foreign National:** | No |
| **Foreign Consular Notification Provided:** | N/A |
| **County:** | Cumberland |
| **AUSA:** | Craig M. Wolff |
| **Guidelines apply?   Y/N** | Yes |
| **Victim Case:** | Yes |
| **Corporate Victims Owed Restitution:** | N/A |
| **Assessments:** | $100 per count.<br>18 U.S.C. § 3013(a)(2)(A). |