# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>GREGORY KELLY | No. 2:25-mj-00130-KFW |

## **MOTION FOR DETENTION**

The United States moves for pretrial detention of the defendant, pursuant to 18 U.S.C. § 3142.

1. <u>Eligibility of Case</u>.  This case is eligible for a detention order because the case involves (check all that apply):

    \_\_\_\_  Conditions requiring a temporary detention order (18 U.S.C. § 3142(d))

    \_x\_\_  Crime of violence (18 U.S.C. § 3156)

    \_\_\_\_  Maximum sentence life imprisonment or death

    \_\_\_\_  10+ year drug offense

    \_\_\_\_  Felony, with two prior convictions in above categories

    \_\_\_\_  Felony that involves a minor victim or possession/use of firearm, destructive device or other dangerous weapon

    \_\_\_\_  Felony that involves a failure to register under 18 U.S.C. § 2250

    \_\_\_\_  Serious risk defendant will flee

    \_\_\_\_  Serious risk of obstruction of justice

2. <u>Reasons for Detention</u>.

    (i)  <u>Temporary Detention</u>.

    (ii) <u>Other Than Temporary Detention</u>.  The Court should detain the defendant because no conditions of release will reasonably assure (check one or both):

    __x__ Defendant's appearance as required

    __x__ Safety of any other person and the community

  3. <u>Rebuttable Presumption</u>.  N/A.

  4. <u>Date of Detention Hearing</u>.  The United States requests the Court to conduct the detention hearing:

    ____ At first appearance

    __x__ After continuance of 3 days (not more than 3).

  5. <u>Length of Detention Hearing</u>.  The United States estimates that it will require 1 hour to present its case for detention.

  6. <u>Other Matters</u>.  _____

Dated in Portland, Maine this 22nd day of April, 2025.

                /s/ Craig M. Wolff
                Craig M. Wolff
                Acting United States Attorney

# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

## CERTIFICATE OF SERVICE

I hereby certify that on April 22, 2025, I electronically filed this **Motion for Detention** with the Clerk of Court using the CM/ECF system.

  /s/ Craig M. Wolff
Acting United States Attorney
United States Attorney's Office
100 Middle Street
6th Floor, East Tower
Portland, Maine 04101
(207) 780-3257
craig.wolff@usdoj.gov